ACCEPTED
15-24-00011-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/10/2025 12:30 PM
CHRISTOPHER A. PRINE
CLERK

CASE NO. 15-24-00011-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/10/2025 12:30:00 PM
CHRISTOPHER A. PRINE
Clerk

\*\*\*

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT
AUSTIN, TEXAS

\*\*\*

CITY OF KYLE, TEXAS
*Appellant/Defendant*

v.

THE STATE OF TEXAS, EX REL. 1200 S. OLD STAGECOACH ROAD, LLC
*Appellee/Plaintiff*

---

On Appeal from the 207th Judicial District Court
of Hays County, Texas
Trial Court Cause No. 22-0873
Honorable Sherri K. Tibbe, Presiding Judge

---

## UNOPPOSED MOTION TO EXPEDITE ISSUANCE OF MANDATE

---

THE STATE OF TEXAS, *ex rel.*
1200 S. OLD STAGECOACH ROAD, LLC
JOHNATHAN L. EARL
State Bar No. 24127894
DAVID L. EARL
State Bar No. 06343030
AS SPECIAL ASST.
CRIMINAL DISTRICT ATTORNEYS
HAYS COUNTY, TEXAS
10007 Huebner Rd., Suite 303
San Antonio, Texas 78240
(210) 868-6500 (Telephone)
(210) 405-5228 (Facsimile)

1

and

Kelly Higgins
State Bar No. 24028949
kelly.higgins@co.hays.tx.us
CRIMINAL DISTRICT ATTORNEY
HAYS COUNTY, TEXAS
Hays Government Center, Suite 2057
712 S. Stagecoach Trail
San Marcos, Texas 78666
Telephone: (512) 393-7600
Facsimile: (512) 393-7619

*ATTORNEYS FOR APPELLEE*

MAY IT PLEASE THE COURT:

Now comes Appellee, THE STATE OF TEXAS, *ex rel.* 1200 S. OLD STAGECOACH ROAD, LLC ("Appellee"), and files this *Unopposed Motion to Expedite Issuance of Mandate* ("Unopposed Motion") requesting that issuance of the mandate in this cause be expedited pursuant to TEX. R. APP. P. 18.1(c). In support thereof, Appellee would respectfully show unto the Court as follows:

1.      On October 30, 2025, this Court issued its memorandum opinion and rendered its judgment in the above-numbered and styled cause. Specifically, this Court ordered, *inter alia*, that the trial court's order below was affirmed in part, reversed in part, and rendered judgment that Appellee's claims, with the exception of its claim for attorney's fees under the Uniform Declaratory Judgments Act, be dismissed for want of jurisdiction.

2.      Due to this cause stemming from an accelerated appeal of the trial court's interlocutory order, the Court's judgement "takes effect when the mandate is issued[,]" which may be issued with the Court's "judgment or delay[ed] . . . until the appeal is finally disposed of." TEX. R. APP. P. 18.6. The mandate was not issued contemporaneously with the Court's judgment.

3.      Generally, the mandate issues ten (10) days after the time has expired for filing a motion for rehearing of denial, refusal, or dismissal of a petition for review, or a refusal or dismissal of a petition for discretionary review. *See* TEX. R.

3

APP. P. 18.1(a). However, "[t]he mandate may be issued earlier if the parties so agree . . . ." TEX. R. APP. P. 18.1(c).

4.     The undersigned counsel for Appellee has conferred with counsel for Appellant by email correspondence and confirmed that Appellant is **unopposed** to Appellee's request for expedited issuance of the mandate in this cause pursuant to TEX. R. APP. P. 18.1(c), which is evidenced by the filing of this Unopposed Motion.

WHEREFORE, PREMISES CONSIDERED, Appellee respectfully requests that the Court grant this Unopposed Motion and expedite issuance of the mandate and remand the case to the trial court below for further proceedings consistent with this Court's judgment rendered on October 30, 2025, in this above-numbered and styled cause.

Respectfully submitted,

By:_____
JOHNATHAN L. EARL
State Bar No. 24127894
john@earl-law.com
DAVID L. EARL
State Bar No. 06343030
dearl@earl-law.com
AS SPECIAL ASST.
CRIMINAL DISTRICT ATTORNEYS
HAYS COUNTY, TEXAS
10007 Huebner Rd., Suite 303
San Antonio, Texas 78240
(210) 868-6500 (Telephone)
(210) 405-5228 (Facsimile)

4

and

Kelly Higgins
State Bar No. 24028949
kelly.higgins@co.hays.tx.us
**CRIMINAL DISTRICT ATTORNEY**
**HAYS COUNTY, TEXAS**
Hays Government Center, Suite 2057
712 S. Stagecoach Trail
San Marcos, Texas 78666
Telephone: (512) 393-7600
Fax: (512) 393-7619

*ATTORNEYS FOR APPELLEE*,
THE STATE OF TEXAS, *ex rel.*
1200 S. OLD STAGECOACH ROAD, LLC

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served upon the below named individuals as indicated and according to the Texas Rules of Appellate Procedure and/or via electronic filing and service on this the 10th day of November, 2025.

***Via Electronic Filing and Service***

LOWELL F. DENTON
State Bar No. 05764700
lfdenton@rampagelaw.com
PATRICK C. BERNAL
State Bar No. 02208750
pbernal@rampagelaw.com
DENTON, NAVARRO, ROCHA, BERNAL & ZECH, P.C.
2500 W. Williams Cannon Dr., Suite 609
Austin, Texas 78745
(512) 279-6431 (Telephone)
(512) 279-6438 (Facsimile)

ATTORNEYS FOR APPELLANT
CITY OF KYLE, TEXAS

Mark D. Kennedy
Jordan M. Powell
HAYS COUNTY OFFICE
OF GENERAL COUNSEL
111 E. San Antonio St., Room 202
San Marcos, Texas 78666
ATTORNEYS FOR
HAYS COUNTY, TEXAS

_____
JOHNATHAN L. EARL
Attorney for Appellee

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

David Earl on behalf of David Earl
Bar No. 06343030
dearl@earl-law.com
Envelope ID: 107861629
Filing Code Description: Motion
Filing Description: Motion
Status as of 11/10/2025 2:10 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Megan Earl | 24077729 | megan@earl-law.com | 11/10/2025 12:30:00 PM | SENT |
| David Earl | 6343030 | dearl@earl-law.com | 11/10/2025 12:30:00 PM | SENT |
| Mark Kennedy | 24032498 | MKennedy@seguintexas.gov | 11/10/2025 12:30:00 PM | SENT |
| Jordan Powell | 24087391 | jordan.powell@hayscountytx.gov | 11/10/2025 12:30:00 PM | SENT |
| Shawn Cowles | 24108813 | shawn.cowles3@gmail.com | 11/10/2025 12:30:00 PM | SENT |
| Kelly Higgins | 24028949 | kelly.higgins@hayscountytx.gov | 11/10/2025 12:30:00 PM | SENT |
| Jeffrey Earl | 24120214 | jeff@earl-law.com | 11/10/2025 12:30:00 PM | SENT |
| Johnathan Earl | 24127894 | john@earl-law.com | 11/10/2025 12:30:00 PM | SENT |
| Lowell Denton | 5764700 | lfdenton@rampagelaw.com | 11/10/2025 12:30:00 PM | SENT |
| Patrick Bernal | 2208750 | pbernal@rampagelaw.com | 11/10/2025 12:30:00 PM | SENT |